1

2

Attorneys for Plaintiff, Bonnie Riggs

3

4

5

6

7

8

9                              UNITED STATES DISTRICT COURT

10                            NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 | Case Specific Number: C 06 2262 CRB |
| 13 IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND | **MDL NO. 1699** |
| PRODUCT LIABILITY LITIGATION | **District Judge:  Charles R. Breyer** |
| 14 | |

15

16     Plaintiff Name(s),  Bonnie Riggs

**STIPULATION AND ORDER OF**
17                                          Plaintiffs,          **DISMISSAL WITH PREJUDICE**

18                            vs.

19     Pfizer, Inc., et al.
                                           Defendants.

20

21

22          Come now the Plaintiff, BONNIE RIGGS, and Defendants, PFIZER, INC., et al. by and

through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
23

hereby stipulate to the dismissal of this action with prejudice with each side bearing its own
24

attorneys' fees and costs.
25

26          DATED:  January 17, 2009

27

28                                      By:
                                              Peter L. Kaufman
                                              Attorneys for Plaintiff, Bonnie Riggs
                                                     -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2      DATED: August 6, 2009        GORDON & REES

3
                                    By: _____/s/_____
4                                        Stuart M. Gordon
                                         Attorneys for Defendants
5

6

7
       PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
8      IT IS SO ORDERED.

9

10     Dated: AUG 1 7 2009
                                    Hon. Charles R. Breyer
11                                  United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        -2-
STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE